UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARRY KATZ,

    Plaintiff,

v.                                                                  CASE NO: 8:12-cv-711-T-26TGW

DILLARD'S, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Dismiss (Dkt. 3) is denied. Had Defendant's counsel carefully studied one of the opinions he cited in support of relief, he would have discovered that it is error for a court to dismiss claims subject to arbitration rather than staying those claims. See Bender v. A.G. Edwards & Sons, Inc., 971 F.2d 698, 699 (11th Cir. 1992). Instead, "[u]pon finding that a claim is subject to an arbitration agreement, the court should order that the action be stayed pending arbitration. 9 U.S.C. § 3. If the parties do not proceed to arbitration, the court may compel arbitration." Bender, 971 F.2d at 699.

With regard to the Alternative Motion to Stay This Action and Compel Arbitration, Plaintiff's counsel shall file a notice with this Court on or before April 6, 2012, advising the Court whether they agree with that motion. If counsel agree, the

Court will enter an order staying this case, compelling the parties to arbitrate Plaintiff's claims, and administratively closing this case during the period of the stay. If counsel oppose the motion, they shall file a response on or before April 20, 2012.

**DONE AND ORDERED** at Tampa, Florida, on April 4, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record